UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
        -v-                       :
                                  :   S4 19 Cr. 651 (LTS)
NICOLAE DANIEL PEPY,              :
ALEXANDER RADULESCU,              :
    a/k/a "Levi Vantz"            :
ALEXANDRU IORDACHE,               :
ROBERT DUCZON,                    :
DAN MIRICA,                       :
CLAUDIU COSTINEL MIHAI,           :
DAVID GEORGESCU,                  :
    a/k/a "Old Man,"              :
ANDREI RAZVAN RUSU,               :
CLAUDIU VADUVA, and               :
GABRIEL ORZANICA,                 :
                                  :
                    Defendants.   :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Daniel M. Loss;

It is found that the Superseding Indictment in the above-captioned action, S4 19 Cr. 651 (the "Indictment"), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S4 19 Cr. 651, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
February 20, 2020

_____
THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE