U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2022

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:  *United States v. Nicolae Daniel Pepy*, S4 19 Cr. 651 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter on behalf of the parties to request that the initial conference presently scheduled for June 14, 2022, at 2:30 p.m., be adjourned to a date and time convenient to the Court during the week of July 18, 2022.

    The Government also requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between June 14, 2022, and the date to which the conference is adjourned, to permit adequate time for the defendant to review the Government's discovery materials and discuss a potential pretrial disposition with the Government.

The foregoing request for adjournment is granted. The initial pretrial conference is hereby rescheduled for July 21, 2022, at 11:30a.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through July 21, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Dkt. no. 1120 resolved.
SO ORDERED.
6/10/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
    Elizabeth A. Hanft
    Samuel P. Rothschild
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-2334/2504/2616

Cc: Sabrina Shroff, Esq. (by ECF)