UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  19 CR  651 - LTS

NICOLAE DANIEL PEPY,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing in this case is hereby rescheduled to proceed on **December 7, 2022**, at **3:00 p.m**. in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       November 1, 2022

                                                         /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge