UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                            No.  19 CR  651 - LTS

NICOLAE DANIEL PEPY,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing in this case is hereby rescheduled to proceed on **January 20, 2023**, at **11:00 a.m**. in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
          December 7, 2022

                                                  /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge